Catherine A. DALE and Harry R. Dale, Appellants,

v.

Mark GORDON, Respondent.

No. WD 39351.

Missouri Court of Appeals, Western District.

Feb. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1988.

Application to Transfer Denied May 17, 1988.

Joseph Y. Decuyper, Kansas City, for appellants.

Clyde G. Meise, Kansas City, for respondent.

Before KENNEDY, C.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from an order of the circuit court overruling appellants' motion for new trial. Said motion claimed the verdict was against the weight of the evidence and there was not substantial evidence to support a verdict for the respondent.

Judgment affirmed. Rule 84.16(b).